# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Avita Drugs, LLC, et al., | ) |
| Plaintiffs, | ) Civil Action No. 2:21-cv-01000 |
| v. | ) |
| Westin Smith, | ) |
| Defendant. | ) |

## REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on March 7, 2022 and March 8, 2022.

The case (please check one):

____X___ has resolved*

_____ has resolved in part (see below)

_____ has not resolved.

**_*Pending the Parties mutually agreeing upon the terms of a Settlement Agreement._**

Date: March 11, 2022         /s/David B. White, Esquire
                             Signature of Neutral