# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVITA DRUGS, LLC, PHARMBLUE SERVICES, INC., and PHARMBLUE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAMANTHA POSSERT, GABRIEL SANTRY, and WESTIN SMITH, <br><br> Defendants. | Civil Action No. 2:21-01000-WSH |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT GABRIEL SANTRY

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Avita Drugs, LLC, PharmBlue Services, Inc., and PharmBlue LLC, and defendant Gabriel Santry, through their respective counsel, that an agreement has been reached solely between the foregoing parties in settlement of this action and any and all claims and counterclaims that the foregoing parties have against each other.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that this action solely as to defendant Gabriel Santry be and the same hereby is dismissed *with prejudice*. Each of the foregoing parties shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

| ON BEHALF OF AVITA DRUGS, LLC AND PHARMBLUE, LLC | ON BEHALF OF GABRIEL SANTRY |
|---|---|
| By: */s/James S. Yu*<br>James S. Yu (admitted *pro hac vice*)<br>jyu@seyfarth.com<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 218-5500 | By: */s/ Robert Frankhouser*<br>Robert Frankhouser<br>rfrankhouser@gfemploymentlaw.com<br>Lewis Gardner<br>lgardner@gfemploymentlaw.com<br>GARDNER FRANKHOUSER LLP<br>7418 Brighton Road, Suite 211<br>Pittsburgh, PA 15202<br>(412) 903-7720 |
| David J. Rowland<br>drowland@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, IL 60606-6448<br>(312) 460-5000 | |
| Dawn Mertineit (admitted *pro hac vice*)<br>dmertineit@seyfarth.com<br>Erik W. Weibust (admitted *pro hac vice*)<br>eweibust@seyfarth.com<br>SEYFARTH SHAW LLP LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>(617) 946-4800 | |

SO ORDERED this _____ day of _____ 2022

_____
HON. W. SCOTT HARDY, U.S.D.J.