UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AVITA DRUGS, LLC, PHARMBLUE SERVICES, INC., and PHARMBLUE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WESTIN SMITH, <br><br> Defendant. | Civil Action No. 2:21-01000-WSH |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF DEFENDANT WESTIN SMITH
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Avita Drugs, LLC, PharmBlue Services, Inc., and PharmBlue LLC voluntarily dismiss with prejudice the above-captioned action against defendant Westin Smith.[1]

---

[1] Defendant Smith is the sole remaining defendant in the action. Plaintiffs' motion for leave to file the Third Amended Complaint to add PharmlytIQ, LLC, Physicians Rx Pharmacy LLC, and Meir "Shim" Sacks (ECF No. 117) is hereby withdrawn, and Plaintiffs respectfully ask the Court to dismiss the action in its entirety.

84209253v.2

| | |
|---|---|
| Dated: June 8, 2022 | AVITA DRUGS, LLC, PHARMBLUE SERVICES, INC., and PHARMBLUE LLC |
| | By their attorneys, |
| | /s/ James S. Yu |
| | David J. Rowland<br>drowland@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, IL 60606-6448<br>(312) 460-5000 |
| | James S. Yu (*pro hac vice*)<br>jyu@seyfarth.com<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 218-5500 |
| | Dawn Mertineit (*pro hac vice*)<br>dmertineit@seyfarth.com<br>SEYFARTH SHAW LLP LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>(617) 946-4800 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, a copy of the foregoing document was filed electronically through the Court's electronic filing system ("ECF system"). Notice of this filing will be sent by operation of the Court's ECF system to all parties indicated on the electronic filing receipt.

/s/ James S. Yu
James S. Yu